MERRITT *v.* THE STATE.

HILL, J. It appearing to this court that the defendant in this case has been tried, convicted, sentenced and executed for a capital felony, the case has become moot.

*Writ of error dismissed. All the Justices concur.*

No. 7291. NOVEMBER 14, 1929.

*H. A. Allen, J. C. Miner,* and *W. A. Covington,* for plaintiff in error.

*George M. Napier, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general, E. A. Stephens,* and *J. W. LeCraw,* contra.